IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Gurrie C. Rhoads | ) | Bankruptcy No. 14 B 17886 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Timothy A. Barnes |
| | ) | |

## DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019

NOW COMES the Debtor, Gurrie C. Rhoads, by and through his attorneys, David P. Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, makes the following final report.

1. This case was filed as a Chapter 11 on May 12, 2014.

2. The case was converted to a Chapter 7 on the motion of the Debtor on May 12, 2015.

3. The Debtor incurred the following debts after the filing of the petition and before conversion of the case:

BNI Bulding News
990 Park Center Dr.
Vista CA  92081
$100.70
Publications

Larry's Lock Service
550 E. North Frontage Rd.
Suite 1
Bolingbrook IL  60440
$730.21
Locksmithing

5. The Debtor obtained the following property after the filing of the petition and before conversion of the case:  None, except salary reported in the monthly reports filed by the Debtor

6. The Debtor entered into the following executory contracts and unexpired leases after the

filing of the petition and before conversion of the case:    NONE


Respectfully submitted,

_____
Gurrie C. Rhoads


David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265