UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 14bk17886 |
| Gurrie C. Rhoads, | ) |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) Judge Timothy A. Barnes |

## FINAL PRETRIAL ORDER GOVERNING

*Trustee's Motion to (I) Strike Debtor's Amendment to Schedule G or, in the Alternative,
(II) Amend Schedule G and (III) Related Relief*
[Dkt. No. 264]

The following provisions will govern the future course of this proceeding. **Failure to comply with the provisions of this order, including failing to provide the court with copies of evidence, may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanctions, as justice may require.**

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before **April 6, 2018** a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds; and
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties, including the court, **two paper copies** of all exhibits to be used at the trial. Each exhibit will be pre-marked, *e.g.*, "Plaintiff's Exhibit 1." In addition, the parties must also submit **one electronic copy** of the exhibits to the Court on a thumb drive, in pdf format, with each exhibit as a separate document or file, and with bookmarks for major divisions and for any attachments to the exhibit. *All physical and electronic copies submitted to the Court shall be labeled with the name of the case and the party on whose behalf it is submitted.*

No motion *in limine* is necessary for any objection raised in the Pretrial Statement. Any other motions *in limine* will be due with the Pretrial Statement unless the court orders otherwise. Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without the need to establish foundation. Any objection to an exhibit (other than weight/relevance) which is **not** raised in the Pretrial Statement will be waived. Whether evidence is considered by the court and what weight the court gives the evidence depends upon the party relying on such evidence to demonstrate at the trial the relevance and reliability of that evidence in relation to the party's case. If an exhibit is not mentioned by the parties in the trial, it will not be considered to be relevant by the court.

The court uses electronic recording of matters. If the parties need a transcript of matters before the court, such transcripts are available through Access Transcripts (see www.accesstranscripts.com). If the parties require a live court reporter, they are required to arrange for and bear the cost for the same. Any such arrangements must be communicated to Judge Barnes's courtroom deputy no less than 2 business days prior to the trial.

The trial is set for 4 days commencing on **Monday, May 7, 2018 at 9:30 a.m. and continuing for three full days through Wednesday, May 9, 2018 and for a half-day on Thursday, May 10, 2018 at 1:30 p.m.** in Courtroom 744 at Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. An attorney who is a member of the trial bar under the provisions of Local Bankruptcy Rule 2090-1(B) shall participate in the trial.

ENTERED:

Dated: November 29, 2017

Judge Timothy A. Barnes