UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14bk17886 |
| GURRIE C. RHOADS, ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | Honorable Timothy A. Barnes |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO SHAW FISHMAN GLANTZ & TOWBIN LLC, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 400,000.00 | TOTAL COSTS REQUESTED: | $ 21,244.49 |
| TOTAL FEES REDUCED: | $ 0.00 | TOTAL COSTS REDUCED: | $ 632.69 |
| TOTAL FEES ALLOWED: | $ 400,000.00 | TOTAL COSTS ALLOWED: | $ 20,611.80 |

**TOTAL FEES AND COSTS ALLOWED: $ 420,611.80**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. All entries in this Application have been reduced for the reason detailed below.

**(1)   No Benefit to the Estate – TOTAL of disallowed amounts: $ 632.69**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). Expenses for in-town travel and in-town meals for employees are not reimbursable in this District, absent an explanation of necessity that would benefit the bankruptcy estate.

Dated: December 4, 2018

_____
Timothy A. Barnes
United States Bankruptcy Judge

## Shaw Fishman Glantz & Towbin LLC

| | | |
|---|---|---|
| Chatz Barry as Chapter 7 Trustee of the Estate of<br>I.D. 11411<br>Re: Gurrie C. Rhoads | | October 9, 2018<br>Statement<br>Page 46 |
| 07/31/15 | Pacer Research; Rhoads (JWG) | 7.20 |
| 07/31/15 | Pacer Research; Docket (JWG) | 4.80 |
| 08/31/15 | Postage; Postage for August 2015 | 1.40 |
| 08/31/15 | Postage; Postage for August 2015 | 1.40 |
| 08/31/15 | Pacer Research; Docket (BLS) | 2.10 |
| 08/31/15 | Pacer Research; 356 (JWG) | 3.30 |
| 08/31/15 | Pacer Research; Docket (JWG) | 5.30 |
| 08/31/15 | Pacer Research; Fee App (JWG) | 7.40 |
| 08/31/15 | Pacer Research; Harz (JWG) | 3.30 |
| 08/31/15 | Pacer Research; Order (JWG) | 1.00 |
| 08/31/15 | Federal Express/Shipping; Robert J. Welch/FSC Securities Corporation/Atlanta GA (O. Rafalovsky); FedEx | 27.20 |
| 08/31/15 | Federal Express/Shipping; John Hancock Annuities Services/Canton MA (O. Rafalovsky); FedEx | 29.06 |
| 08/31/15 | Westlaw; (PMF); West Group | 32.91 |
| 08/31/15 | Westlaw; 365 Deadline (JWG); West Group | 103.98 |
| 09/30/15 | Pacer Research; Docket (JWG) | 5.30 |
| 09/30/15 | Pacer Research; Rhoads (JWG) | 3.20 |
| 10/31/15 | Pacer Research; Docket (JWG) | 16.50 |
| 10/31/15 | Pacer Research; Order (JWG) | 2.50 |
| 10/31/15 | Pacer Research; Review (JWG) | 14.70 |
| 10/31/15 | Pacer Research; Rhoads (JWG) | 2.30 |
| 10/31/15 | Westlaw; (A. Mast); West Group | 57.62 |
| 10/31/15 | Westlaw; Entity Search (JWG); West Group | 19.98 |
| 11/09/15 | Recorder of Deeds; Obtain copies of plats (PMF); Recorder of Deeds | 50.00 |
| 11/19/15 | Copying Services; Color Graphics (PMF); Verity Group | 60.00 |
| 11/30/15 | Pacer Research; Docket (JWG) | 20.70 |
| 11/30/15 | Pacer Research; Sale Motion (JWG) | 2.50 |
| 11/30/15 | Postage; Postage for November 2015 | 3.32 |
| 11/30/15 | Parking/Taxi; Cab Fare - Arnstein - Meeting (BLS); Brian L. Shaw | 14.50 |
| 12/29/15 | Photocopy; Notice of Motion and Motion, Order, Motion and Letter, Subpoena (K. Bobb) | 6.40 |
| 12/31/15 | Pacer Research; Docket (JWG) | 6.50 |
| 12/31/15 | Pacer Research; Docket (JWG) | 11.40 |
| 12/31/15 | Pacer Research; Motion (JWG) | 1.00 |
| 01/05/16 | Process Server; (JWG); Lazzara Investigations, Inc. | 83.00 |
| 01/29/16 | Pacer Research; Docket (JWG) | 6.20 |
| 02/29/16 | Pacer Research; Docket (JWG) | 5.20 |
| 03/31/16 | Postage; Postage for March 2016 | 0.49 |
| 03/31/16 | Pacer Research; Docket (JWG) | 3.20 |
| 03/31/16 | Pacer Research; Motion (JWG) | 1.00 |
| 04/29/16 | Postage; Postage for April 2016 | 3.98 |

## Shaw Fishman Glantz & Towbin LLC

| | | |
|---|---|---|
| Chatz Barry as Chapter 7 Trustee of the Estate of | | October 9, 2018 |
| I.D. 11411 | | Statement |
| Re: Gurrie C. Rhoads | | Page 47 |

| Date | Description | Amount |
|---|---|---|
| 04/29/16 | Pacer Research; Complaint (JSG) | 24.00 |
| 04/29/16 | Pacer Research; Complaint (JWG) | 8.60 |
| 04/29/16 | Pacer Research; Complaint (JWG) | 2.80 |
| 04/29/16 | Pacer Research; Complaint (JWG) | 12.70 |
| 04/29/16 | Pacer Research; Complaint (JWG) | 16.00 |
| 04/29/16 | Pacer Research; Docket (JWG) | 14.60 |
| 04/29/16 | Pacer Research; Motion (JWG) | 1.30 |
| 04/29/16 | Pacer Research; Rhoads Settlement (JWG) | 2.40 |
| 04/29/16 | Parking/Taxi; Cab Fare to Home - Worked Late (JWG); John W. Guzzardo | 18.00 |
| 05/31/16 | Postage; Postage for May 2016 | 6.60 |
| 05/26/16 | Messenger; Veritext (O. Rafalovs); USM Messenger & Logistics | 8.00 |
| 05/31/16 | Pacer Research; Docket (JWG) | 18.80 |
| 05/31/16 | Pacer Research; Motion to Strike (JWG) | 6.50 |
| 05/31/16 | Pacer Research; Recordings (JWG) | 4.60 |
| 05/31/16 | Pacer Research; Village POC (JWG) | 3.00 |
| 05/31/16 | Westlaw; Objection Schedule (JWG); West Group | 187.34 |
| 05/31/16 | Westlaw; Schedules (JWG); West Group | 240.89 |
| 05/31/16 | Parking/Taxi; Cab Fare to Home - Worked Late (10:30 pm) (JWG); John W. Guzzardo | 20.00 |
| 05/31/16 | Parking/Taxi; Cab Fare to Court for Hearing (BLS); Brian L. Shaw | 8.00 |
| 05/13/16 | Filing Fees; COURTS/USBC-IL - Adversary Complaint (JWG); Chase | 350.00 |
| 06/20/16 | Transcripts; Transcripts of 341 Meetings (JWG); Veritext | 1,170.00 |
| 06/30/16 | Messenger; Lynch Thompson (Olha) No matter number; USM Messenger & Logistics | 6.00 |
| 06/30/16 | Pacer Research; Docket (JWG) | 10.10 |
| 06/30/16 | Pacer Research; Response (JWG) | 2.00 |
| 07/29/16 | Pacer Research; Amended Schedule (JWG) | 1.20 |
| 07/29/16 | Pacer Research; Docket (JWG) | 35.00 |
| 07/29/16 | Pacer Research; Letter (JWG) | 9.10 |
| 07/29/16 | Pacer Research; (JLW) | 1.00 |
| 07/29/16 | Postage; Postage for July 2016 | 2.83 |
| 08/31/16 | Pacer Research; (JWG) | 18.30 |
| 09/21/16 | Messenger; Lynch Thompson (O. Rafalovsky); USM Messenger & Logistics | 6.00 |
| 09/19/16 | Postage; Postage for August 2016 | 18.88 |
| 09/19/16 | Postage; Postage for August 2016 | 4.13 |
| 09/23/16 | Pacer Research; (BLS) | 1.00 |
| 09/23/16 | Pacer Research; (CSG) | 5.10 |
| 09/23/16 | Pacer Research; (JWG) | 15.30 |
| 09/23/16 | Pacer Research; (JWG) | 7.20 |
| 09/23/16 | Pacer Research; (JWG) | 8.20 |
| 09/23/16 | Pacer Research; (JWG) | 2.10 |

Shaw Fishman Glantz & Towbin LLC

| | | |
|---|---|---|
| Chatz Barry as Chapter 7 Trustee of the Estate of<br>I.D. 11411<br>Re: Gurrie C. Rhoads | | October 9, 2018<br>Statement<br>Page 48 |
| Date | Description | Amount |
| 09/30/16 | Westlaw; (CMS); West Group | 110.26 |
| 09/30/16 | Westlaw; Attorney Client Privilege (JLC); West Group | 155.23 |
| 09/30/16 | Westlaw; Motion to Quash (JWG); West Group | 250.81 |
| 10/17/16 | Postage; Postage for Sept. 2016 | 30.66 |
| 10/31/16 | Postage; Postage for October 2016 | 8.70 |
| 10/31/16 | Pacer Research; (JWG) | 16.40 |
| 10/31/16 | Pacer Research; (JWG) | 2.50 |
| 10/24/16 | Parking/Taxi; Cab Fare from Court - Hearing on Motion to Compel (JWG); John W. Guzzardo | 6.00 |
| 11/30/16 | Westlaw; Contempt (JWG); West Group | 416.64 |
| 11/30/16 | Westlaw; Discovery (JWG); West Group | 1.64 |
| 11/30/16 | Pacer Research; (JWG) | 2.00 |
| 11/30/16 | Pacer Research; (JWG) | 1.00 |
| 11/30/16 | Pacer Research; (JWG) | 3.00 |
| 11/30/16 | Pacer Research; (JWG) | 10.10 |
| 12/07/16 | Messenger; 4815 Creek Dr./ Western Springs IL (O. Rafalovski); USM Messenger & Logistics | 32.54 |
| 12/07/16 | Messenger; 314 N. Catherine Ave./La Grange Park (O. Rafalovski); USM Messenger & Logistics | 30.77 |
| 12/07/16 | Messenger; Courthouse/Chicago (GEG); USM Messenger & Logistics | 6.00 |
| 12/01/16 | Filing Fees; Record 3 lis pendens (PMF); Recorder of Deeds | 162.00 |
| 12/27/16 | e-Discovery; Contract Professional (CSG); QDiscovery LLC | 150.00 |
| 12/27/16 | e-Discovery; Host active data (CSG); QDiscovery LLC | 131.21 |
| 12/27/16 | e-Discovery; Host active data (CSG); QDiscovery LLC | 205.46 |
| 12/27/16 | e-Discovery; Host active data (CSG); QDiscovery LLC | 282.82 |
| 12/27/16 | Parking/Taxi; Cab Fare to Court (BLS)); Brian L. Shaw | 16.00 |
| 12/27/16 | Parking/Taxi; Cab Fare to Court (BLS)); Brian L. Shaw | 15.00 |
| 12/30/16 | Postage; Postage for December 2016 | 6.18 |
| 12/30/16 | Pacer Research; (JWG) | 2.10 |
| 12/30/16 | Pacer Research; (JWG) | 1.60 |
| 12/30/16 | Pacer Research; (JWG) | 6.70 |
| 12/30/16 | Pacer Research; (JWG) | 2.50 |
| 12/30/16 | Pacer Research; (JWG) | 13.40 |
| 12/30/16 | Pacer Research; (JWG) | 3.70 |
| 12/30/16 | Pacer Research; (JWG) | 1.00 |
| 12/30/16 | Westlaw; Reply (JWG); West Group | 91.45 |
| 01/20/17 | Chicago Title Insurance Company; Combo search (PMF); Chicago Title | 140.00 |
| 01/20/17 | Chicago Title Insurance Company; Combo search (PMF); Chicago Title | 140.00 |
| 01/20/17 | Chicago Title Insurance Company; Combo search (PMF); Chicago Title | 140.00 |
| 01/31/17 | Pacer Research; (JWG) | 14.80 |
| 01/31/17 | Pacer Research; (JWG) | 1.30 |

Shaw Fishman Glantz & Towbin LLC

| | | |
|---|---|---|
| Chatz Barry as Chapter 7 Trustee of the Estate of<br>I.D. 11411<br>Re: Gurrie C. Rhoads | | October 9, 2018<br>Statement<br>Page 49 |

| Date | Description | Amount |
|---|---|---|
| 01/31/17 | Pacer Research; (JWG) | 5.30 |
| 01/31/17 | Pacer Research; (JWG) | 10.20 |
| 01/31/17 | Postage; Postage for January 2017 | 7.86 |
| 02/28/17 | Postage; Postage for February 2017 | 0.92 |
| 02/28/17 | Pacer Research; (JWG) | 16.00 |
| 02/28/17 | Pacer Research; (JWG) | 5.50 |
| 02/28/17 | Westlaw; (JWG); West Group | 147.66 |
| 03/02/17 | Copying Services; Black and white heavy litigation (CSG); Global Legal Discovery of Chicago, LLC | 356.70 |
| 03/02/17 | e-Discovery; Initial database upload and processing of files with bates branding and production (ASM); QDiscovery LLC | 2,254.01 |
| 03/02/17 | e-Discovery; Contract Professional; QDiscovery LLC | 435.00 |
| 03/02/17 | e-Discovery; Upload and processing of files (CSG); QDiscovery LLC | 198.53 |
| 03/02/17 | e-Discovery; Upload and processing of files (CSG); QDiscovery LLC | 164.97 |
| 03/02/17 | e-Discovery; Upload and processing of files (CSG); QDiscovery LLC | 25.02 |
| 03/31/17 | Westlaw; (JWG); West Group | 160.18 |
| 03/31/17 | Westlaw; (JWG); West Group | 171.63 |
| 03/31/17 | Westlaw; (JWG); West Group | 5.77 |
| 03/31/17 | Postage; Postage for March 2017 | 1.82 |
| 03/31/17 | Pacer Research; (DRD) | 3.20 |
| 03/31/17 | Pacer Research; (JWG) | 49.60 |
| 03/31/17 | Pacer Research; (JWG) | 1.00 |
| 04/25/17 | e-Discovery; Hosting active data (CSG); QDiscovery LLC | 25.02 |
| 04/28/17 | Postage; Postage for April 2017 | 1.19 |
| 04/28/17 | Pacer Research; (JWG) | 58.60 |
| 04/28/17 | Federal Express/Shipping; David P. Lloyd/La Grange IL (O. Rafalovsky); FedEx | 15.37 |
| 05/10/17 | Messenger; Arnstein & Lehr; USM Messenger & Logistics | 17.90 |
| 05/23/17 | Process Server; Russel Joyce and Kenneth Garstka (JWG); Lazzara Investigations, Inc. | 360.00 |
| 05/08/17 | Witness; (JWG); Kenneth E. Garstka | 55.00 |
| 05/08/17 | Witness; (JWG); Russell N. Joyce | 65.00 |
| 05/31/17 | Postage; Postage for May 2017 | 6.06 |
| 05/31/17 | Working Meals; Panera Bread - Working Lunch (BLS/JWG) ; Chase | 98.51 |
| 06/01/17 | Transcripts; Transcript of Barry A. Chatz deposition (BLS); Bridges Court Reporting | 127.50 |
| 06/07/17 | e-Discovery; Host active data (CSG); QDiscovery LLC | 44.19 |
| 06/07/17 | e-Discovery; Contract Professional (CSG); QDiscovery LLC | 37.50 |
| 06/07/17 | e-Discovery; Host active data (CSG); QDiscovery LLC | 88.41 |
| 06/07/17 | e-Discovery; Contract Professional (CSG); QDiscovery LLC | 112.50 |
| 06/06/17 | Messenger; Lynch Thompson; USM Messenger & Logistics | 8.00 |

Shaw Fishman Glantz & Towbin LLC

| | | |
|---|---|---|
| Chatz Barry as Chapter 7 Trustee of the Estate of | | October 9, 2018 |
| I.D. 11411 | | Statement |
| Re: Gurrie C. Rhoads | | Page 50 |

| Date | Description | Amount |
|---|---|---:|
| 06/06/17 | Messenger; Fornaro Law; USM Messenger & Logistics | 38.02 |
| 06/14/17 | Transcripts; Transcript of Gurrie Rhoads deposition (JWG); Veritext | 1,535.68 |
| 06/14/17 | Transcripts; Transcript of Russell Joyce deposition (JWG); Veritext | 1,248.59 |
| 06/19/17 | Messenger; Lynch Thompson (O. Rafalovsky); USM Messenger & Logistics | 6.00 |
| 06/19/17 | Messenger; Lynch Thompson (O. Rafalovsky); USM Messenger & Logistics | 34.76 |
| 06/30/17 | Working Meals; Corner Bakery - Client Working Lunch (JWG/BLS); Chase | 118.14 |
| 06/30/17 | Pacer Research; (DRD) | 2.70 |
| 06/30/17 | Pacer Research; Docket (JWG) | 128.30 |
| 07/12/17 | Transcripts; Transcript of Kenneth Garstka deposition (JWG); Veritext | 1,227.49 |
| 07/12/17 | Transcripts; Transcript of Gurrie Rhoads deposition (JWG); Veritext | 1,456.01 |
| 07/31/17 | Pacer Research; Docket (JWG) | 66.80 |
| 08/18/17 | e-Discovery; Hosting Active Data (CSG); QDiscovery LLC | 31.86 |
| 08/31/17 | Pacer Research; (JWG) Docket | 15.50 |
| 09/06/17 | e-Discovery; Processing Initial Data Set (CSG); QDiscovery LLC | 29.25 |
| 09/06/17 | e-Discovery; Hosting (Active Data) (CSG); QDiscovery LLC | 31.86 |
| 09/06/17 | e-Discovery; Hosting (Active Data) (CSG); QDiscovery LLC | 34.56 |
| 09/26/17 | e-Discovery; Hosting (Active Data) (CSG); QDiscovery LLC | 34.56 |
| 09/29/17 | Pacer Research; (JWG) Motion | 3.10 |
| 09/29/17 | Pacer Research; (JWG) Motion to extend | 2.80 |
| 09/29/17 | Postage; Postage for September 2017 | 2.45 |
| 10/31/17 | Postage; Postage for October 2017 | 9.59 |
| 10/31/17 | Pacer Research; (JWG) Docket | 66.60 |
| 10/31/17 | Pacer Research; (JWG) Motion | 5.30 |
| 10/31/17 | Pacer Research; (JWG) Motion to Extend | 14.30 |
| 11/30/17 | Pacer Research; (FXZ) | 2.30 |
| 11/30/17 | Pacer Research; Docket (JWD) | 0.40 |
| 11/30/17 | Pacer Research; Docket (JWG) | 36.90 |
| 11/30/17 | e-Discovery; Hosting Active Data (CSG); QDiscovery LLC | 34.56 |
| 11/30/17 | e-Discovery; Contract Professional (CSG); QDiscovery LLC | 45.00 |
| 12/21/17 | Transcripts; Transcript of Gurrie C. Rhoads deposition (JWG); Magna Legal Services LLC | 925.10 |
| 12/21/17 | Transcripts; Transcript of Gurrie C. Rhoads deposition (JWG); Magna Legal Services LLC | 498.15 |
| 12/29/17 | Pacer Research; Docket (DRD) | 1.20 |
| 12/29/17 | Pacer Research; Docket (JWG) | 13.90 |
| 01/31/18 | Pacer Research; Docket (JWG) | 5.10 |
| 01/31/18 | Pacer Research; Docket (JWG) | 64.60 |
| 01/31/18 | Pacer Research; Docket (JWG) | 6.00 |
| 02/19/18 | Working Meals; Working Lunch - Siena Tavern (DRD); David R. Doyle | 15.00 |
| 02/28/18 | Westlaw; UST Fees (AJG); West Group | 119.19 |
| 02/28/18 | Parking/Taxi; Cab Fare to Court - Continued Hearing on Motions (DRD); | 9.00 |

Shaw Fishman Glantz & Towbin LLC

| | | |
|---|---|---|
| Chatz Barry as Chapter 7 Trustee of the Estate of | | October 9, 2018 |
| I.D. 11411 | | Statement |
| Re: Gurrie C. Rhoads | | Page 51 |

| Date | Description | Amount |
|---|---|---|
| | David R. Doyle | |
| 02/28/18 | Working Meals; Working Dinner - LYFE Kitchen - Worked Late (DRD); David R. Doyle | 15.00 |
| 02/28/18 | Parking/Taxi; Cab Fare to Home - Worked Late (DRD); David R. Doyle | 26.44 |
| 02/28/18 | Working Meals; Working Dinner - LYFE Kitchen - Worked Late (DRD); David R. Doyle | 15.00 |
| 02/28/18 | Parking/Taxi; Cab Fare to Home - Worked Late (DRD); David R. Doyle | 23.75 |
| 02/28/18 | Working Meals; Working Lunch - Einstein Bros Bagels (DRD); David R. Doyle | 7.46 |
| 02/28/18 | Court Reporter; Access Transcripts, LLC - Rhoads Hearing on January 10, 2018 (JWG); Chase | 127.50 |
| 02/28/18 | Court Reporter; In Access Transcripts, LLC Credit (JWG); Chase | -4.25 |
| 03/13/18 | Pacer Research; (DRD) | 32.70 |
| 03/13/18 | Pacer Research; Docket (JWG) | 98.70 |
| 03/30/18 | Pacer Research; (DRD) | 85.00 |
| 03/30/18 | Pacer Research; Docket (JWG) | 189.30 |
| 03/30/18 | Westlaw; (DRD); West Group | 382.49 |
| 03/30/18 | Parking/Taxi; Cab Fare to Home - Worked Late (DRD); David R. Doyle | 22.50 |
| 04/19/18 | e-Discovery; Hosting (Active Data) (CXD); QDiscovery LLC | 34.56 |
| 04/25/18 | Messenger; Gurrie Rhoads (DRD); USM Messenger & Logistics | 37.00 |
| 04/30/18 | Working Meals; Dinner - LYFE Kitchen - Worked Late (DRD); David R. Doyle | 15.00 |
| 04/30/18 | Parking/Taxi; Cab Fare to Home - Worked Late (DRD); David R. Doyle | 24.69 |
| 04/30/18 | Working Meals; Lunch - Siena Tavern (DRD); David R. Doyle | 15.00 |
| 04/30/18 | Working Meals; Lunch - Siena Tavern (DRD); David R. Doyle | 15.00 |
| 04/30/18 | Parking/Taxi; Cab Fare to Home - Worked Late (DRD); David R. Doyle | 23.94 |
| 04/30/18 | Working Meals; Dinner - LYFE Kitchen - Worked Late (DRD); David R. Doyle | 15.00 |
| 04/30/18 | Postage; Postage for April 2018 | 22.21 |
| 04/30/18 | Pacer Research; Docket (CMS) | 4.80 |
| 04/30/18 | Pacer Research; Docket (DRD) | 4.60 |
| 04/30/18 | Pacer Research; (DRD) | 94.10 |
| 04/30/18 | Pacer Research; Docket (JLW) | 4.40 |
| 04/30/18 | Pacer Research; (BLS) | 7.90 |
| 04/30/18 | Westlaw; (DRD); West Group | 851.79 |
| 05/21/18 | e-Discovery; Monthly Data Hosting (CXD); Complete Discovery Source | 34.80 |
| 05/21/18 | e-Discovery; Monthly User License (CXD); Complete Discovery Source | 150.00 |
| 05/31/18 | Postage; Postage for May 2018 | 46.00 |
| 05/31/18 | Pacer Research; Docket (CAD) | 6.30 |
| 05/31/18 | Pacer Research; Docket (CMS) | 11.90 |
| 05/31/18 | Pacer Research; (DRD) | 11.10 |
| 05/31/18 | Pacer Research; (DRD) | 3.30 |

Shaw Fishman Glantz & Towbin LLC

| | | |
|---|---|---|
| Chatz Barry as Chapter 7 Trustee of the Estate of | | October 9, 2018 |
| I.D. 11411 | | Statement |
| Re: Gurrie C. Rhoads | | Page 52 |

| Date | Description | Amount |
|---|---|---|
| 05/31/18 | Pacer Research; Docket (JWG) | 5.20 |
| 05/31/18 | Westlaw; (DRD); West Group | 85.43 |
| 05/31/18 | Parking/Taxi; Cab Fare to and from Federal Building - Transported Trial Material for B. Shaw and D. Doyle (BXT); Bernard Thomas | 40.00 |
| 06/10/18 | Working Meals; Corner Bakery - Meeting with Barry Chatz, Trustee of Rhoads (BLS/DRD); Chase | 75.76 |
| | **Total Disbursements** | **$21,244.49** |